Michelle R. Burrows 861606
MICHELLE R. BURROWS PC
1333 NE Orenco Station Pkwy Ste 525
Hillsboro, OR 97124
503-241-1955
michelle.r.burrows@gmail.com

Leonard W. Williamson 910020
VAN NESS WILLIAMSON, LLP
285 Liberty St NE Ste 360
Salem, OR 97301
503-365-8800
l.williamson@vwllp.com

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| SARA SUAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>Oregon Department of Corrections (ODOC) Director Colette Peters, ODOC PREA Coordinator Ms. Ericka Sage, ODOC Deputy Director Brian Belleque, Tony Klein, ODOC Past Chief Medical Officer Dr Steve Shelton, ODOC Present Chief Medical Officer Dr. Christopher DiGiulio, ODOC Assistant Director of Correctional Services Heidi Steward, ODOC Health Services Manager Joe Bugher, Joe DeCamp, ODOC Chief Clinical Officer Danielle Fuzi, ODOC Chief Psychologist Dr. Don Dravis, ODOC Behavioral Health Services Administrator Dawnell Meyer, ODOC Assistant Director of Operations Michael Gower, ODOC Past Superintendent Rob Persson, John/Jane Doe CCCF Medical Director, Jane Doe CCCF Nursing Manager, John/Jane Doe BHS Counselors, John/Jane Doe Nurses, John/Jane Doe Security Staff, and State of Oregon,<br><br>    Defendants. | Case No. 3:19-cv-00095 (lead)<br><br>PLAINTIFFS' STATUS REPORT (May 2019) |

Plaintiffs in the consolidated cases noted above file this status report in anticipation of the status conference scheduled for March 6, 2019.

1. At the time of this report Plaintiff has filed a total of nine cases: *Brelin v. Peters et al* 3:19-cv-00672; *Smith v. Peters et al* 3:19-cv-00275; *Devlin v. Peters et al* 3:19-cv-00234; *Jackson v. Peters et al* 3:19-cv-00515; *Carter v. Peters et al* 3:19-cv-00276; *Gomes v. Peters et al* 3:19-cv-00573; *Suarez v. Peters et al* 3:19-cv-00095; *Sweeney v. Peters et al* 3:19-cv-00682 ; *Vitallero v. Peters* 3:19-cv-00174.

2. All defendants, excepting Klein, are represented by the Oregon Department of Justice and have filed answers except for the Brelin and Sweeney matters referenced above. The defendants expect to file answers in Brelin and Sweeney no later than June 14, 2019.

3. Mr. Klein retained separate counsel who has filed answers in all matters.

4. The parties are aware that attorney Mr Leonard Berman filed a related lawsuit on behalf of alleged Klein victim Melinda Walker in Walker v. Klein et al 3:19-cv-00720MO. No defendant has been served or asked to waive service.

5. The parties agreed that any case filed in the United States District Court raising similar allegations to those raised in the above captioned matters should be tracked together for purposes of discovery and dispositive motions. The parties further agree each plaintiff and defendant reserved the right to make any argument concerning joinder or severance of claims for trial, and that those motions shall be filed with any dispositive motions.

6. The Plaintiff sent a lengthy First Request for Production of documents to the Department of Justice. The Department of Justice was waiting for the final signed Stipulated Protective Order to be filed. At the date of this writing Plaintiff has not received any discovery. State

Defendants agree to provide their response to the request for production and the first stage of discovery documents by June 14, 2019.

7. The parties have agreed to a proposed Case Management schedule which is separately filed with the court.

8. The parties have agreed to allow a brief tolling of any applicable statute of limitation to name the John Does. The State of Oregon is providing specialized discovery to assist with identifying and naming the John Does Defendants. If plaintiff thereafter name the Doe defendants listed as placeholders for the allegations raised in the complaints no later than September 2, 2019, and if the Oregon DOJ determines that those individuals are entitled to a defense and indemnity under ORS 30.285, the State Defendants will agree that the allegations against the Doe defendants relate back to the initial complaint filing dates.

Dated this 20th day of May 2019.

Respectfully submitted,

/s/Michelle R. Burrows
Michelle R. Burrows OSB86160
Attorney for Plaintiffs