Michelle R. Burrows 861606
MICHELLE R. BURROWS, PC
1333 NE Orenco Station Pkwy Ste 525
Hillsboro, OR 97124
503-241-1955
michelle.r.burrows@gmail.com

Leonard W. Williamson 910020
VAN NESS WILLIAMSON, LLP
285 Liberty St NE Ste 360
Salem, OR 97301
503-365-8800
l.williamson@vwllp.com

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| SARA SUAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>Oregon Department of Corrections (ODOC) Director Colette Peters, ODOC PREA Coordinator Ms. Ericka Sage, ODOC Deputy Director Brian Belleque, Tony Klein, ODOC Past Chief Medical Officer Dr Steve Shelton, ODOC Present Chief Medical Officer Dr. Christopher DiGiulio, ODOC Assistant Director of Correctional Services Heidi Steward, ODOC Health Services Manager Joe Bugher, Joe DeCamp, ODOC Chief Clinical Officer Danielle Fuzi, ODOC Chief Psychologist Dr. Don Dravis, ODOC Behavioral Health Services Administrator Dawnell Meyer, ODOC Assistant Director of Operations Michael Gower, ODOC Past Superintendent Rob Persson, John/Jane Doe CCCF Medical Director, Jane Doe CCCF Nursing Manager, John/Jane Doe BHS Counselors, John/Jane Doe Nurses, John/Jane Doe Security Staff, and State of Oregon,<br><br>    Defendants. | Case No. 3:19-cv-00095<br><br>NOTICE OF WITHDRAW AS CO-COUNSEL<br><br>(Pursuant to LR 83-11(b)) |

1 – NOTICE OF WITHDRAWAL

COMES NOW Leonard W. Williamson, Co-counsel for the plaintiff, hereby provides notice to the Court pursuant to LR 83-11(b) of the withdrawal of Leonard W. Williamson as co-counsel from the case as permitted for by rule. Co-counsel Michelle Burrows, a very experienced civil rights litigator, will remain as lead counsel of record for Plaintiff and therefore Plaintiff is not materially adversely affected by the withdrawal of co-counsel pursuant to RPC 1.16(b)(1). Additionally, attorney Leonard Williamson is terminating the attorney client relationship with the Plaintiff pursuant to RPC 1.16(6).

Dated this 17th day of July, 2019.

Respectfully submitted,

/s/Leonard W. Williamson
Leonard W. Williamson OSB910020
Attorney for Plaintiff

2 – NOTICE OF WITHDRAWAL